UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                **Case No.** 3:95-cr-35-J-10

**KELLY L. WHISBY**

---

## O R D E R

This cause is before the Court on Movant Joyce Whisby Waters' Emergency Motion (Doc.151) regarding the safety of her son, the Defendant Kelly L. Whisby. The Defendant currently is serving a sentence of incarceration in a Bureau of Prisons facility for his conviction in the instant case. The Court notes that this is the second motion filed by the Movant on behalf of her son.

In response to the Movant's motions and concerns regarding the safety of her son, the Court has directed the United States Probation Office to make inquiries with the Bureau of Prisons. The Bureau of Prisons reports through the United States Probation Office that the Defendant is currently in protective custody pending transfer to another federal correctional institution. Memoranda from the United States Probation Office providing the information supplied by the Bureau of Prisons are part of the Defendant's file with the United States Probation Office.

The Movant is advised that any further requests for information or relief regarding her son must be made directly to the correctional institution, as the Movant lacks standing in the criminal case to request relief from the Court. In addition, the Movant is advised that any issues related to the Defendant's conditions of confinement are properly raised by the

Defendant himself with the correctional institution where he is incarcerated or with the Court utilizing the appropriate procedures.

Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Movant Joyce Whisby Waters' Emergency Motion (Doc.151) shall be terminated for the reasons set forth in this Order.

**DONE AND ORDERED** this _23RD_ day of August 2006.

                                              Howell W. Melton
                                      **SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:
    Counsel of Record
    Defendant

    Joyce Whisby Waters
    P.O. Box 6211
    Jacksonville, FL 32236

2