**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.  **Case No.** 3:95-cr-35-J-10

**KELLY L. WHISBY**

___

**O R D E R**

This cause is before the Court on Movant Joyce Whisby Waters' Fourth Emergency Motion (Doc.155) regarding her son, the Defendant Kelly L. Whisby. The Movant asks the Court's assistance in getting in contact with her son and she is concerned about his safety.

The Movant previously has been advised:

> that any further requests for information or relief regarding her son must be made directly to the correctional institution, as the Movant lacks standing in the criminal case to request relief from the Court. In addition, the Movant is advised that any issues related to the Defendant's conditions of confinement are properly raised by the Defendant himself with the correctional institution where he is incarcerated or with the Court utilizing the appropriate procedures.

Doc.152.

Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Movant Joyce Whisby Waters' Fourth Emergency Motion (Doc.155) shall be terminated for the reasons set forth above.

**DONE AND ORDERED** this ___8th___ day of February 2007.

_____
HOWELL W. MELTON
United States District Judge

Copies to:

Defendant

Joyce Whisby Waters
P.O. Box 6211
Jacksonville, FL 32236